# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Catherine Douglas

                         Plaintiff,

v.                                                  Case No.: 1:20–cv–04472
                                                                Honorable Charles R. Norgle Sr.

The Travelers Indemnity Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Stipulation of Dismissal filed 9/16/2021 [20]. Case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiff Catherine Douglas' individual claims against The Travelers Indemnity Company. Case is dismissed without prejudice pursuant to Fed. R. Civ. P. 23(e) of the class claims. Each party to bear its own attorney's fees and costs. Civil case terminated. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.